# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D19-0159

———————————————————

WILLIAM PAIGE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————————

Petition for Writ of Habeas Corpus—Original Jurisdiction.

April 11, 2019

PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

B.L. THOMAS, C.J., and KELSEY and M.K. THOMAS, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

William Paige, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.